UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOTT C. SMITH,<br><br>        Plaintiff,<br><br>     v.<br><br>GINA PENROSE, LT. CREWSE, RICHARD MORGAN, MARGE LITTRELL, LYNNE DELANO, ELDON VAIL, and JAMES HARTFORD,<br><br>        Defendants. | NO. CV-06-0148-LRS<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR A PROTECTIVE ORDER** |

**BEFORE THIS COURT** is Defendant's motion for a protective order concerning some of the Plaintiff's discovery requests (**Ct. Rec. 25**). The prison officials argue that disclosing some of the materials would threaten the safety and security of inmates with the Department of Corrections. *See* Ct. Rec. 26.

The Court, having reviewed Defendants' Motion for Protective Order, memorandum in support thereof, and the remaining record; does hereby find and **ORDER**:

1. Defendants' Motion for Protective Order (**Ct. Rec. 25**) is hereby **GRANTED**.

///

ORDER GRANTING DEFENDANT'S MOTION FOR A PROTECTIVE ORDER - 1

2. The following documents **SHALL NOT** be disclosed to Plaintiff:

    a. Declaration of Patrick Lamp, dated April 3, 2005, without redaction;

    b. Declaration of Kelly Irby, dated March 7, 2005, without redaction;

    c. Declaration of Ronald King, dated April 12, 2005, without redaction;

    d. Declaration of Charles Roark, dated April 1, 2005, without redaction;

    e. Declaration of Jacob Woods, dated April 3, 2005, without redaction;

    f. Declaration of Dana Woolsey, dated April 4, 2005, without redaction;

    g. Declaration of Robert Elliott, dated April 4, 2005, without redaction;

    h. Declaration of Anthony Mustacich, dated April l5, 2005, without redaction;

    I. Declaration of Lance Thomason, dated March 3, 2005, without redaction;

    j. Declaration of Ike West, dated April 14, 2005, without redaction;

    k. Declaration of Kurt W. Myers, dated April 1, 2005, without redaction;

    l. Photo display screen, Patrick Lamp;

ORDER GRANTING DEFENDANT'S MOTION FOR A PROTECTIVE ORDER - 2

     m.    Photo display screen, Kelly Irby;

     n.    Photo display screen, Ronald King;

     o.    Photo display screen, Charles Roark;

     p.    Photo display screen, Jacob Woods;

     q.    Photo display screen, Dana Woolsey;

     r.    Photo display screen, Robert Elliott;

     s.    Photo display screen, Anthony Mustacich;

     t.    Photo display screen, Lance Thomason;

     u.    Photo display screen, Isaac West;

     v.    Photo display screen, Kurt Myers;

     x.    Kite to J. Hartford from inmate;

     y.    Kite to I&I Office from inmate; and

     z.    Letter to Jim Hartford from inmate.

In granting this motion, the Court notes that the prison officials have responded to the Plaintiff's discovery requests with redacted versions of the materials to the extent possible.

**IT IS SO ORDERED**. The District Court Executive is instructed to send copies of this Order to the Plaintiffs and counsel for the Defendants.

DATED this   22nd   day of February, 2007.

                                 ***s/Lonny R. Suko***

                              _____
                                 LONNY R. SUKO
                            UNITED STATES DISTRICT COURT

ORDER GRANTING DEFENDANT'S MOTION FOR A PROTECTIVE ORDER - 3