AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SCOTT C. SMITH,
                Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

GINA PENROSE, LT. CREWSE, RICHARD MORGAN, MARGE LITTRELL, LYNNE DELANO, ELDON VAIL, and JAMES HARTFORD,
                Defendants.

CASE NUMBER: CV-06-0148-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Penrose and all of Plaintiff's claims against Defendant Penrose are DISMISSED WITH PREJUDICE pursuant to the Order entered on March 21, 2007, Ct. Rec. 104.

| | |
|---|---|
| March 21, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |