AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

SCOTT C. SMITH,
        Plaintiff,

v.

GINA PENROSE, LT. CREWSE, RICHARD MORGAN, MARGE LITTRELL, LYNNE DELANO, ELDON VAIL, and JAMES HARTFORD,
        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-0148-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered on August 20, 2007, Ct. Rec. 124, judgment is entered in favor of all remaining Defendants (Defendant Penrose was previously dismissed). All of Plaintiff's claims against all remaining Defendants except Lynne Delano are dismissed with prejudice. All claims against Ms. Delano are dismissed without prejudice.

August 20, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas